IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT WAYNE HARRIS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-0243-N |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

**ORDER SEALING APPLICATION FOR FUNDING CLEMENCY INVESTIGATION**

On July 16, 2012, Robert Wayne Harris ("Petitioner") filed his *Opposed Motion to Permit Ex Parte Consideration of Application for Funding and Appointment of Mitigation Investigator* (doc. 122). Rick Thaler ("Respondent") opposes the motion.

Petitioner's *Unopposed Motion to Permit Ex Parte Consideration of Application for Funding and Appointment of Mitigation Investigator* (doc. 122) is **GRANTED** and the accompanying *Application for Authorization for Funding and Appointment of Mitigation Investigator to be Heard Ex Parte and to be Placed Under Seal* (doc. 123), is ordered filed **EX PARTE** and under **SEAL**. However, this order and the *Unopposed Motion to Permit Ex Parte Consideration of Application for Funding and Appointment of Mitigation Investigator* (doc. 122) shall remain unsealed.

**IT IS SO ORDERED.**

Signed July 19, 2012.

_____
David C. Godbey
United States District Judge